U.S. DISTRICT COURT
EASTERN DISTRICT-WI
2018 MAR 27 P 3: 37
STEPHEN C. DRIES
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

RICHARD RIVERA GARCIA and
JOSUE MICHEL GARCIA MORET,

    Defendants.

**18-CR-53**

INDICTMENT
Case No. 18-CR-
[18 U.S.C. §§ 2, 1029(a)(3),
1029(a)(4), and § 1028A(a)(1)]

---

## COUNT 1

### ATTEMPTED POSSESSION OF 15 OR MORE UNAUTHORIZED ACCESS DEVICES

**THE GRAND JURY CHARGES:**

Between on or about September 1, 2016, and September 14, 2016, in the State and Eastern District of Wisconsin,

**RICHARD RIVERA GARCIA and
JOSUE MICHEL GARCIA MORET,**

with intent to defraud, did knowingly attempt to possess, 15 or more counterfeit or unauthorized access devices, as defined in Title 18, United States Code, §§ 1029(e)(2) and (e)(3), said conduct affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, §§ 1029(a)(3) and 2.

## COUNT 2

### POSSESSION OF DEVICE-MAKING EQUIPMENT

**THE GRAND JURY FURTHER CHARGES:**

Between on or about September 1, 2016, and September 14, 2016, in the State and Eastern District of Wisconsin,

**RICHARD RIVERA GARCIA and
JOSUE MICHEL GARCIA MORET**,

did knowingly and with intent to defraud, produce, traffick in, have control and custody of, and possess device making equipment, as defined in Title 18, United States Code, § 1029(e)(6), namely, credit card skimmer devices, such conduct affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, §§ 1029(a)(4) and 2.

2

## COUNT 3

### AGGRAVATED IDENTITY THEFT

**THE GRAND JURY FURTHER CHARGES:**

Between on or about September 1, 2016, and September 14, 2016, in the State

and Eastern District of Wisconsin and elsewhere,

**RICHARD RIVERA GARCIA and
JOSUE MICHEL GARCIA MORET,**

during and in relation to felony violations of Title 18, United States Code, §§

1029(a)(3) and (a)(4), as charged in Counts 1 and 2, did knowingly attempt to

transfer, possess, and use, without lawful authority, a means of identification of one

or more other individuals, including G.M.Z., knowing that said means of

identification belonged to one or more other persons.

All in violation of Title 18, United States Code, §§ 1028A(a)(1) and 2.

A TRUE BILL

FOREPERSON

MATTHEW D. KRUEGER
United States Attorney

Date:  **3-27-2018**